## RAY v BOARD OF TRUSTEES

Ohio Appeals, 5th Dist, Delaware Co

Decided April 4, 1934

E. J. Schanfarber, Columbus, and Robert L. Mellman, Columbus, for plaintiff in error.

Wickham & Wickham, Delaware, for defendants in error.

For full opinion see 2 OO 343; 49 Oh Ap 172.